IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TAMMY SCARBROUGH, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 11-0137-CG-C |
| MELVIN PIERCE PAINTING, INC. | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Melvin Pierce Painting, Inc., and against plaintiff, Tammy Scarbrough. Therefore, plaintiff's claims against said defendant are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 5th day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE